UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIDGET SIPP, )
    PLAINTIFF )
)
)    05 CIVIL ACTION NO. **11392 NMG**
)
v. )
)
LAND'S END FARM, )
WILLIAM SIENKEWICZ, )
    DEFENDANTS )

RECEIPT # 65332
AMOUNT $ 250.00
SUMMONS ISSUED 4
LOCAL RULE 4.1 —
WAIVER FORM —
MCF ISSUED —
BY DPTY. CLK. M.P.
DATE 7/1/2005

**COMPLAINT**

MAGISTRATE JUDGE MBB

I. THE PARTIES

1. Plaintiff Bridget Sipp resides at 1800 Jacksonville Road, Bordentown, Burlington County, New Jersey 08505. She is the owner of numerous thoroughbred racehorses, including Fire Proof, the subject of this complaint.

2. Defendant Land's End Farm is a facility in the business of boarding and caring for thoroughbred racehorses, located at 5 Bell Rock Road, Assonet, MA 02702. It purports to provide a full range of services, including but not limited to boarding, breaking, and training horses, as well as providing foaling and mare care, and providing services for sales and purchases of horses.

3. Defendant William Sienkewicz is the owner and operator of Land's End Farm.

II. JURISDICTION

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332, as the parties are citizens of different states and the damages sought are in excess of $ 75,000.

III. FACTS

5. Fire Proof is a thoroughbred racehorse, a stallion: a Bay foal of 1999, registered with the Jockey Club, 821 Corporate Drive, Lexington, KY with Certificate Number 9942307. See Exhibit A, attached an incorporated herein.

6. Fire Proof's sire is End Sweep, a stakes winner and sire of seven crops of racing age horses, including 404 winners of 1395 races, earning among them more than $ 48,000,000 in the United States alone. See Exhibit B, attached and incorporated herein.

7. Fire Proof's dam is Dream for Me, herself having three wins and having had seven foals including two race winners. See Exhibit B.

8. Throughout the year of 2004, and until the present day, title to Fire Proof has been held exclusively by plaintiff Bridget Sipp.

9. On or about July 20, 2004, Fire Proof was shipped from Suffolk Downs to Land's End Farm, where it was to be boarded. See Exhibit C, incorporated by reference herein.

10. On or about July 23, 2004, defendant William Sienkewicz, or an employee of Mr. Sienkewicz, administered an injection of Acepromazine Maleate into Fire Proof.

11. Acepromazine Maleate is sedative that is allowed by the FDA for veterinary purposes. It is described by the manufacturer, Phoenix Scientific, Inc., as a potent neuroleptic agent that may be used in horses for the control of fractious animals. See Exhibit D, attached and incorporated herein.

12. According 21 U.S.C 353(f), and prominently included in the packaging for

Acepromazine Maleate, federal law restricts the drug to use by or on the order of a licensed veterinarian.

13. According to information and belief, neither William Sienkewicz or any other party or principal of Land's End Farm obtained authorization of a licensed veterinarian prior to administering the drug on Fire Proof.

14. According to the notice included in the packaging for Acepromazine Maleate (Exhibit B), the precautions include notice that "[i]n horses, paralysis of the retractor penis muscle has been associated with the use of phenothiazine-derivative tranquilizers. Such cases have occurred following the use of Acepromazine Maleate injection."

15. On or about July 24, 2004, defendant William Sienkewicz notified plaintiff Burton Sipp that Fire Proof was suffering from priapism, a condition where the horse's penis was unable to retract, and as a result had become swollen and injured.

16. On or about July 24, 2004, Geoffery L. Fenandez, D.V.M., of 788 Horseneck Road, South Dartmouth, MA 02748, examined and treated Fire Proof at Land's End Farm.

17. After daily treatments for seven days failed to realize substantial improvement, an intra-penile drug was injection or about July 30, 2004, by Dr. Fenandez.

18. The site of the intra-penile injection thereafter became inflamed, causing further discomfort and damage to the penile vascular tissues.

19. On or about August 7, 2004, Fire Proof was shipped to Suffolk Downs for treatment and observation.

20. On or about August 17, 2004, Fire Proof was shipped to Rochester Equine Clinic, Ten Rod Road, Rochester NH 03866. See Exhibit E. attached and incorporated herein.

21. After intensive therapy that lasted until September 22, 2004, the retractor muscle function of Fire Proof's penis was restored to normal, although persistent inability of the erectile tissue to soften fully has left the priapism uncured.

22. The erectile function of Fire Proof's penis could not be restored to normal. As of this date Fire Proof is unable to reach full erection, and is unable to cover a mare.

23. The economic value of Fire Proof has been completely lost. The horse is unable to train fully or to race as a result of the damage to its penis. As Fire Proof is unable to cover a mare, all value as a stud is lost.

24. Veterinary and other care for Fire Proof as a result of this injury has been in excess of $10,000.00. The lost value of Fire Proof as a horse put out for stud is in excess of $ 500,000.00.

**WHEREFORE,** Plaintiff prays that this honorable court:

A. Find that the defendants' administration of Acepromazine Maleate on a stallion with potential stud value is gross negligence arising from reckless indifference for the value and well being of the plaintiff's horse,

B. Find that this negligence is negligence per se, as the defendants administered the drug in violation of federal law 21 U.S.C. 353(f),

C. Render judgment to plaintiff of not less than $ 510,000.00 for special and general damages to the economic value of Fire Proof resulting from defendants negligent acts, and

D. That the court award other such relief as this court deems just and proper.

E. The plaintiff demands trial by jury.

Bridget Sipp,
By her attorney,

*/s/ Alexander FX Matulewicz*
Alexander F. X. Matulewicz
BBO No. 325160
1600 Boston-Providence Highway
Walpole, MA 02081
(508) 660-0331

# The Jockey Club

821 CORPORATE DRIVE
LEXINGTON, KY 40503-2794

We have this day registered the name **Fire Proof**

Mulhall 80

NAME CHANGE
Certified
RULE 6 (G) 5/16/01

**Bay Colt**, foal of **1999**, by **End Sweep**

out of **Dream for Me**

Certificate of Registration No. **9942307**

Attach this authorization to upper left corner of the Certificate of Registration.

**Name Change Rule 6(G)**

and this name should now be entered on

for the

ON

red J. D. Prince-

is duly registered......

Edward A Bishop Registrar

**Marks.** Large irregular star and connected short thin stripe, ending in center of face; thin stripe beginning to right above nostrils, widening, becoming bordered flesh colored and ending between nostrils.---
Cowlick slightly to left at top of eye level.---
Left hind: pastern irregularly white, higher on inside in back and in back.---
Cowlick high at crest of neck on both sides; cowlick at throat latch; cowlick on front of neck near base.***

Wish (FR)

DATE 5/16/01

Issued to    Ioannis Dinos

Bred by     Ioannis Dinos

Foaled in   Florida, U.S.A.

Secretary
Edward A Bishop Registrar
11/5/99

THIS CERTIFICATE IS ISSUED ON THE BASIS OF INFORMATION SUBMITTED TO THE JOCKEY CLUB BY THE APPLICANT AND IS SUBJECT TO REVOCATION IF FURTHER INFORMATION IS RECEIVED INDICATING IMPROPER ISSUANCE. THIS CERTIFICATE DOES NOT ENTITLE THE HOLDER TO PURCHASE GRATIS IF THIS HORSE IS SOLD, POSSESSION AND PRESENTATION OF THIS CERTIFICATE IS NOT EQUIVALENT TO RACE OR BREED THE HORSE IT IDENTIFIES, RECORD TRANSFER ON REVERSE SIDE

EXH. A

10/14/04 06:36:32 ET   equineline.com Product 44B - Fire Proof   Page 1 of 10

```
                                                      Mr. Prospector
                                  Forty Niner
                                                      File
                End Sweep 91
                                                      Dance Spell
                                  Broom Dance
                                                      Witching Hour
FIRE PROOF
  Bay Horse                                           Lyphard
  Foaled February 26, 1999
  in Florida                     Lyphard's Wish (FR)
                                                      Sally's Wish

                Dream for Me 90
                                                      Mill Reef
                                  Mill Queen (IRE)
                                                      Passer Queen

Inbreeding:  Northern Dancer: 4S X 4D    Dosage Profile: 7  1  13  2  1
             Nearctic: 5S X 5D           Dosage Index: 1.53
                       X 5D              Center of Distribution: +0.46
             Natalma: 5S X 5D
```

(SPR=23; CPI=0.1)

**By END SWEEP** (1991). Stakes winner of $372,563, Jersey Shore Budweiser Breeders'
  Cup S. **[G3]**, etc. Sire of 7 crops of racing age, 753 foals, 543 starters, 34
  stakes winners, 404 winners of 1359 races and earning $48,653,740 USA,
  including South Vigorous ($4,596,196 USA, JBC Sprint, etc.), Sweep Tosho (to
  3, 2004, $1,590,087 USA, The Tulip Sho, etc.), Swept Overboard ($1,137,767,
  Metropolitan H. **[G1]** (BEL, $450,000), etc.), Agnes Wing (to 4, 2004,
  $939,574 USA, The Sirius S.), Focal Point (to 3, 2004, $695,419 USA, The
  Keisei Hai, etc.), Trippi ($666,220, Vosburgh S. **[G1]**, etc.), Nany's Sweep
  ($499,213, Santa Monica H. **[G1]**, etc.), Alluring Act ($413,637 USA, The
  Kokura Sansai S.).

RACE RECORD for Fire Proof: At 2, unraced; at 3, unraced; at 4, unraced; at 5,
  2004, unplaced. Earned $1,090.

1st dam
**Dream for Me**, by Lyphard's Wish (FR). 3 wins at 3 and 4, $29,739, 3rd West Long
    Branch S. (MTH, $4,200). (SPR=85) Dam of 7 foals, 3 to race, 2 winners--
  J. J. Dream (1997 c. by Jolie's Halo). 2 wins at 4, $19,094. (SPR=54)
  Dream for Fortune (1998 f. by Fortunate Prospect). Winner at 3, $8,741.
     .    (SPR=51) Dam of 1 foal--
  .  Prospector's Money (2003 f. by Moteve's Pro Iliad).
  True to the Dream (2002 f. by Yes It's True). Unraced.
  Stacies J K (2000 f. by Pentelicus). Unraced.
  Fire Proof (1999 c. by End Sweep). See above.
  Unnamed (2004 f. by Sejm). (application pending)

**EXH. B**

BOARDING
BREAKING
TRAINING
SALES PREP. & REP.
HORSES BOUGHT & SOLD
FOALING & MARE CARE

# LAND'S END FARM



est. 1976

MR. & MRS. WM SIENKEWICZ
5 BELL ROCK ROAD
ASSONET, MA 02702
TELEPHONE
(508) 644-2397
FACSIMILE
(508) 644-2099

Mr. Burton Sipp
Suffolk Downs
Revere, MA  02151

July 31, 2004

Opening Balance ............................... $2,685.00
Payment   7/8/2004   thank you                                    $2,685.00

All About Speed:
   Regular Board Fee        27 Days                                      $567.00
   07/08/2004   Dewormed                                                   $20.00
   07/27/2004   Shipped To: Suffolk Downs, MA                              $25.00

Atta Slew:
   Regular Board Fee        27 Days                                      $567.00
   07/08/2004   paint blister ankles                                       $60.00
   07/20/2004   Dewormed                                                   $20.00
   07/27/2004   Shipped To: Suffolk Downs, MA                              $25.00

Fire Proof:
   Regular Board Fee        11 Days                                      $231.00
   07/20/2004   Shipped From: Suffolk to Farm                              $25.00
   07/23/2004   Dewormed                                                   $20.00

It's Ok:
   Regular Board Fee        20 Days                                      $420.00
   ~~[redacted line]~~                                                    ~~$85.00~~
   07/08/2004   Dewormed                                                   $20.00
   07/13/2004   Steel and Pads                                             $90.00

Jared's Pride:
   Regular Board Fee        25 Days                                      $525.00
   07/06/2004   Shipped From: Suffolk Downs, MA                            $50.00
   07/08/2004   Dewormed                                                   $20.00
   07/13/2004   Steel and Pads                                             $90.00

Judge Of Character:
   Regular Board Fee        6 Days                                       $126.00
   07/06/2004   Shipped To: Suffolk Downs                                  $25.00

Ocala Outlaw:
   Regular Board Fee        21 Days                                      $441.00
   07/06/2004   Shipped From: Suffolk Downs                                $50.00

*[Stamped "Paid" across the invoice]*

EXH. C

| | | |
|---|---|---|
| BOARDING | **LAND'S END FARM** | MR. & MRS. WM SIENKEWICZ |
| BREAKING | | 5 BELL ROCK ROAD |
| TRAINING | | ASSONET, MA 02702 |
| SALES PREP. & REP. | | TELEPHONE |
| HORSES BOUGHT & SOLD | | (508) 644-2397 |
| FOALING & MARE CARE | est.1976 | FACSIMILE |
| | | (508) 644-2099 |



Mr. Burton Sipp  
Suffolk Downs  
Revere, MA  02151

July 31, 2004

Ocala Outlaw: (continued)
    07/08/2004   Dewormed     $20.00
    07/27/2004   Shipped To: Suffolk Downs, MA     $25.00

Pap Machine:
    Regular Board Fee    27 Days     $567.00
    07/08/2004   Dewormed     $20.00
    07/08/2004   Steel and Pads     $90.00
    07/27/2004   Shipped To: Suffolk Downs     $25.00

Scootch:
    Regular Board Fee    6 Days     $126.00
    07/06/2004   Shipped To: Suffolk Downs, MA     $25.00

Storm Gulch:
    Regular Board Fee    11 Days     $231.00
    07/20/2004   Shipped From: Suffolk to farm     $25.00
    07/23/2004   Dewormed     $20.00
    07/28/2004   Steel and Pads     $90.00

Total Amount Due    $4,766.00
CREDIT/MR MUDDY MOOSE − 1,500.00
$ 3,216.00

Thank you,  
Bill



ANADA 200-319, Approved by FDA

# ACEPROMAZINE MALEATE INJECTION

### CAUTION
Federal law restricts this drug to use by or on the order of a licensed veterinarian.

### DESCRIPTION
Acepromazine Maleate Injection, a potent neuroleptic agent with a low order of toxicity, is of particular value in the tranquilization of dogs, cats and horses. Its rapid action and lack of hypnotic effect are added advantages. According to Baker,[1] the scope of possible applications for this compound in veterinary practice is only limited by the imagination of the practitioner.

### CHEMISTRY
Acepromazine [10-(3-(dimethylamino) propyl) phenothiazin-2-yl-methyl ketone] Maleate has the following chemical structure:



### ACTIONS
Acepromazine Maleate Injection has a depressant effect on the central nervous system and, therefore, causes sedation, muscular relaxation and a reduction in spontaneous activity. It acts rapidly, exerting a prompt and pronounced calming effect.

### INDICATIONS
**Dogs and Cats:** Acepromazine Maleate Injection can be used as an aid in controlling intractable animals during examination, treatment, grooming, x-ray and minor surgical procedures; to alleviate itching as a result of skin irritation; as an antiemetic to control vomiting associated with motion sickness.

Acepromazine Maleate Injection is particularly useful as a preanesthetic agent (1) to enhance and prolong the effects of barbiturates, thus reducing the requirements for general anesthesia; (2) as an adjunct to surgery under local anesthesia.

**Horses:** Acepromazine Maleate Injection can be used as an aid in controlling fractious animals during examination, treatment, loading and transportation. Particularly useful when used in conjunction with local anesthesia for firing, castration, neurectomy, removal of skin tumors, ocular surgery and applying casts.

### CONTRAINDICATIONS
Phenothiazines may potentiate the toxicity of organophosphates and the activity of procaine hydrochloride. Therefore, do not use Acepromazine Maleate Injection to control tremors associated with organic phosphate poisoning. Do not use in conjunction with organophosphorus vermifuges or ectoparasiticides, including flea collars. Do not use with procaine hydrochloride.

### WARNING
Not for use in animals intended for food.

### PRECAUTIONS
Tranquilizers are potent central nervous system depressants and they can cause marked sedation with suppression of the sympathetic nervous system.

Tranquilizers can produce prolonged depression or motor restlessness when given in excessive amounts or when given to sensitive animals.

Tranquilizers are additive in action to the actions of other depressants and will potentiate general anesthesia. Tranquilizers should be administered in smaller doses and with greater care during general anesthesia and also to animals exhibiting symptoms of stress, debilitation, cardiac disease, sympathetic blockade, hypovolemia or shock. Acepromazine Maleate Injection, like other phenothiazine derivatives, is detoxified in the liver; therefore, it should be used with caution in animals with a previous history of liver dysfunction or leukopenia.

Hypotension can occur after rapid intravenous injection causing cardiovascular collapse.

Epinephrine is contraindicated for treatment of acute hypotension produced by phenothiazine-derivative tranquilizers since further depression of blood pressure can occur. Other pressor amines, such as norepinephrine or phenylephrine, are the drugs of choice.

In horses, paralysis of the retractor penis muscle has been associated with the use of phenothiazine-derivative tranquilizers. Such cases have occurred following the use of Acepromazine Maleate Injection. This risk should be duly considered prior to the administration of Acepromazine Maleate Injection to male horses (castrated and uncastrated). When given, the dosage should be carefully limited to the minimum necessary for the desired effect. At the time of tranquilization, it is not possible to differentiate between reversible protrusion of the penis (a normal clinical sign of narcosis) and the irreversible paralysis of the retractor muscle. The cause of this side reaction has not been determined. It has been postulated that such paralysis may occur when a tranquilizer is used in conjunction with testosterone (or in stallions).

Accidental intracarotid injection in horses can produce clinical signs ranging from disorientation to convulsive seizures and death.

### ADMINISTRATION AND DOSAGE
The dosage should be individualized, depending upon the degree of tranquilization required. As a general rule, the dosage requirement in mg/lb of body weight decreases as the weight of the animal increases.

Acepromazine Maleate Injection may be given intravenously, intramuscularly or subcutaneously. The following schedule may be used as a guide to IV, IM or SC injections:

**Dogs:** 0.25-0.5 mg/lb of body weight
**Cats:** 0.5-1 mg/lb of body weight
**Horses:** 2-4 mg/100 lb of body weight

IV doses should be administered slowly, and a period of at least 15 minutes should be allowed for the drug to take full effect.

### HOW SUPPLIED
Each mL contains 10 mg acepromazine maleate. (Also contains sodium citrate 0.36%, citric acid 0.075%, benzyl alcohol 1% and Water for Injection, USP) in 50 mL vials.

**Store at controlled room temperature between 15° and 30°C (59° and 86°F).**

### TOXICOLOGY
Acute and chronic toxicity studies have shown a very low order of toxicity.

**Acute Toxicity:** The $LD_{50}$ dose of Acepromazine Maleate Injection in mice was determined by means of a probit transformation with the following results:[2]
Intravenous route — 61.37 mg/kg
Subcutaneous route — 130.5 mg/kg
Oral route — 256.8 mg/kg

**Chronic toxicity:** Tests[3] in rats revealed no deleterious effects on renal or hepatic function or on hemopoietic activity. In several groups of two male and two female beagle hounds treated for six months with daily oral doses of 20 to 40 mg/kg, no untoward effects were encountered. Hematologic studies and urinalysis gave values within normal limits. Another group of four dogs, given gradually increasing oral doses up to a level of 220 mg/kg daily and reaching a total daily dose of 2.2 g per dog, showed some signs of pulmonary edema and hyperemia of the internal organs, but no animal died.

When administered intramuscularly, Acepromazine Maleate Injection causes a brief sensation of stinging comparable with that observed with other phenothiazine tranquilizers.

### CLINICAL DATA
Controlled clinical studies in the United States and Canada have demonstrated the effectiveness and safety of Acepromazine Maleate Injection as a tranquilizer.

Good to excellent results were reported[1,4,5] in dogs, cats and horses given Acepromazine Maleate Injection for restraint during examination, treatment and minor surgery and for preanesthetic sedation. In dogs, the drug reportedly[4] helps control convulsions associated with distemper.

In both dogs and cats, good to excellent results were obtained[4] when Acepromazine Maleate Tablets were used to control nervousness, excessive vocalization, neurotic and excitable behavior, vomiting associated with motion sickness, coughing and itching caused by dermatitis.

In horses, Bauman[6] had good results using the drug as an aid in the control of painful spasms due to colic.

Other practitioners[7,8] found the drug useful as a preanesthetic sedative for nervous or aggressive horses, but it had to be administered while the animals were quiet and not in an excited state. In a trial[9] on more than 200 horses with a wide variety of disorders, Acepromazine Maleate Injection proved to be both effective and safe.

### REFERENCES
1. Baker, J.M.: Paper presented at the Ontario Veterinary Association meeting, held in Toronto, Canada, 1958.
2. Pharmacology Reports, ClinByla Laboratories, Paris, France.
3. Stegen, M.G.: Pharmacology Report, Ayerst Laboratories, 1958.
4. Veterinary Medical Records, Ayerst Laboratories.
5. Foley, J.T.: Clinical Reports to Ayerst Laboratories, 1963.
6. Bauman, W.G.: Clinical Reports to Ayerst Laboratories, 1963.
7. Ford, R.W.: in Equine Panel Report, Mod. Vet. Pract. 40:45 (Nov. 1) 1959.
8. Baldwin, R.: in Equine Panel Report, Mod. Vet. Pract. 40:46 (Nov. 1) 1959.
9. Dunkin, T.E.: Clinical Reports to Ayerst Laboratories, 1963.

600097

Iss. 11-01

Manufactured by
Phoenix Scientific, Inc.
St. Joseph, MO 64503

EXH. D

JS-44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**  BRIDGET SIPP

**DEFENDANTS**  LAND'S END FARM, WILLIAM SIENKEWICZ

(b) County of Residence of First Listed Plaintiff: Burlington County, New Jersey
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Bristol County, Massachusetts
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Alexander F. X. Matulewicz
1600 Boston-Providence Highway
Walpole, MA 02081
(508) 660-0331

Attorneys (If Known)

05  11392 NMG

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [X] 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

[X] 380 Other Personal Property Damage

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Common law negligence and violation of 21 U.S.C 353(f). Defendant, operator of a racehorse facility, negligently and illegally injected a stallion with a tranquilizer which directly caused the horse permanent injury and disability and made the horse unfit for racing and for stud purposes.

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION DEMAND UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE: 6-30-05

SIGNATURE OF ATTORNEY OF RECORD: /s/ Alexander F X Matulewicz

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Bridget Sipp v. Lands End Farm__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ____  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ____  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740,
              790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       * Also complete AO 120 or AO 121
                                                                               for patent, trademark or copyright cases

   _X_   III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ____  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ____  V.   150, 152, 153.

   **05  11392 NMG**

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)). __None.__

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403)   YES ☐   NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES ☐   NO ☒

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?   YES ☐   NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL DIVISION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).   YES ☐   NO ☒
   OR IN THE WESTERN DIVISION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)?(SEE LOCAL RULE 40.1(D)).
   YES ☐   NO ☒

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN DIVISIONS OF THE DISTRICT?
   YES ☐   NO ☒
   (a)   IF YES, IN WHICH DIVISION DOES THE PLAINTIFF RESIDE? ____

9. IN WHICH DIVISION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? __Eastern.__

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL DIVISION;   YES ☐   NO ☐        OR WESTERN DIVISION;   YES ☐   NO ☐

11. ALTERNATIVE DISPUTE RESOLUTION - IS THIS CASE SUITABLE FOR ADR? IF SO, BY WHICH ADR?
    EARLY NEUTRAL EVALUATION ☐        MEDIATION ☐        SUMMARY JURY/BENCH TRIAL ☐
    MINI-TRIAL ☐                       OTHER ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Alexander F. X. Matulewicz__
ADDRESS __1600 Boston-Providence Highway, Walpole, MA  02081__
TELEPHONE NO. __(508) 660-0331__

(Category Form.wpd - 3/28/2000)