UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIDGET SIPP,<br>    Plaintiff<br><br>vs.<br><br>LANDS END FARM,<br>WILLIAM SIENKEWICZ,<br>    Defendants | )<br>)<br>)<br>) CIVIL ACTION NO.: 05 11392 NMG<br>)<br>)<br>)<br>)<br>) |

APPEARANCE OF COUNSEL

    Now comes Patrick T. Matthews, Esquire and enters his appearance before this Honorable Court on behalf of the Defendants, Lands End Farm and William Sienkewicz.

DATE: July 25, 2005

    Lands End Farm,
    William Sienkewicz,
    By Their Attorney,

    _____
    Patrick T. Matthews, Esquire
    BBO No.: 629498
    251 Bank Street
    Fall River, MA 02720