UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIDGET SIPP,<br>      Plaintiff<br><br>vs.<br><br><br>LANDS END FARM,<br>WILLIAM SIENKEWICZ,<br>      Defendants | )<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 05 11392 NMG<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER AND JURY DEMAND

1. The Defendant admits so much of the paragraph that alleges that the Plaintiff is Bridget Sipp, but is without sufficient knowledge to admit or deny the balance of the paragraph.

2. Admitted.

3. The Defendant admits that he is a co-owner and co-operator of Land's End Farm.

4. Denied. The Defendant specifically asserts that the Plaintiff's damages, if any, do not exceed the statutory requirement.

5. Admitted.

6. Admitted.

7. Admitted.

8. The Defendant is without sufficient information to admit or deny this allegation.

9. Admitted.

10. Denied.

11. The Defendant admits so much of the paragraph that alleges that Acepromazine Maleate is a sedative, but is without sufficient information to admit or deny the balance of the paragraph.

12. This paragraph merely states the Plaintiff's apparent understanding of a statute and therefore does not require an answer, to the extent that the paragraph may require an answer the Defendant is without sufficient information to admit or deny the paragraph.

13. Denied.

14. The packaging speaks for itself and does not require an answer, however, to the extent that this paragraph may require and answer the Defendant is without sufficient information to admit or deny the allegation.

15. The Defendant denies so much of the paragraph that alleges that Burton Sipp is the Plaintiff in this particular action, but admits that he was in fact notified of the horse's condition on or about July 24, 2004.

16. Admitted

17. Denied.

18. Admitted.

19. The Defendant admits so much of the paragraph that alleges that Fire Proof was shipped to Suffolk Downs on or about August 7, 2004, but denies that remainder of the paragraph.

20. The Defendant is without sufficient information to admit or deny this paragraph.

21. The Defendant is without sufficient information to admit or deny this paragraph.

22. The Defendant is without sufficient information to admit or deny this paragraph.

23. Denied.

24. The Defendant denies so much of the paragraph that alleges that Fire Proof has lost any value as a stud, but is without sufficient knowledge as to how much, if any, money was expended on veterinary bills.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiff has failed to state a claim upon which relief can be granted. Fed.R.Civ.P. 12(b)(6).

## SECOND AFFIRMATIVE DEFENSE

The controversy involved in this case is far below $75,000.00 and therefore this Court lacks jurisdiction.

## THIRD AFFIRMATIVE DEFENSE

That the Plaintiff has failed to join a necessary and indispensable party pursuant to Fed.R.Civ.P 12(b)(7) and 19, namely Burton Sipp.

## FOURTH AFFIRMATIVE DEFENSE

The Plaintiff's own acts and or omissions have contributed to her loss, if any, and that contribution was greater than that of the Defendants, if any.

## FIFTH AFFIRMATIVE DEFENSE

The acts or omissions of a third party are actual and proximate cause of the Plaintiff's injury.

## JURY DEMAND

The Defendant demands a jury on all matters so triable.

Lands End Farm,
William Sienkewicz,
By Their Attorney,

DATE: July 25, 2005

Patrick T. Matthews, Esquire
BBO No.: 629498
251 Bank Street
Fall River, MA 02720