## UNTIED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIDGET SIPP,** | ) |
| **Plaintiff** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO.: 05 11392 NMG** |
| | ) |
| | ) |
| **LANDS END FARM,** | ) |
| **WILLIAM SIENKEWICZ,** | ) |
| **Defendants** | ) |
| | ) |

### CERTFICATE OF SERVICE

I, Patrick T. Matthews hereby certifies that copies of the Answer and Jury Demand, and Appearance of Counsel have been served upon the Plaintiff's Counsel of Record by delivering the same via Federal Express, Overnight Service to Alexander F. X. Matulewicz, 1600 Boston-Providence Highway, Walpole, MA 02081 on this the 26th day of July 2005.

Patrick T. Matthews, Esquire