## UNTIED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIDGET SIPP,** | ) |
| **Plaintiff** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO.: 05 11392 NMG** |
| | ) |
| | ) |
| **LAND'S END FARM,** | ) |
| **WILLIAM SIENKEWICZ,** | ) |
| **Defendants** | ) |
| | ) |

### DEFNENDANTS' LAND'S END FARM AND WILLIAM SIENKEWICZ'S
### RESPONSES TO PLAINTIFF'S FIRST SET OF ADMISSIONS OF FACT

Pursuant to Rule 36 of the Federal Rules of Civil Procedure ("Rule 36"),

Defendants, Land's End Farm and William Sienkewicz respond to the Plaintiff's

First Set of Request For Admissions (the "Request") as follows:

### GENERAL OBJECTIONS AND RESERVATIONS OF RIGHTS

A. The Defendants' willingness to provide written answers to any of the

Requests is not a concession that the subject matter of the particular Request

for Admissions is discoverable, relevant to this action or admissible evidence

B. The Defendants object to the Requests to the extent that they call for

disclosure of information subject to the attorney-client privilege, work product

protection, or any other privilege or protection recognized by federal or

applicable state law. To the extent that any such privilege or protected

information is disclosed, such disclosure is inadvertent and not intended as,

nor should it be deemed to be, a waiver of any privilege or protection.

C. The Defendants object to the Request to the extent that they called for information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence, or to the extent that they call for information not required to be disclosed pursuant to Rule 26 and 36 of the Federal Rules of Civil Procedure.

D. The Defendants object to the Requests to the extent that they seek to characterize the evidence in this matter.

E. All admissions and denials below are made by the Defendants after reasonable inquiry based upon relevant information known or readily obtainable by the Defendants. Defendants reserve their right to seasonably supplement, amend, or withdraw each and all of its Responses below upon material information its learns hereafter through discovery in this action or otherwise.

**REQUEST NO. 1:**    Admit that you operate the business that goes by the name of "Land's End Farms."

**RESPONSE NO.1:**    Admitted, but the actual name is "Land's End Farm."

**REQUEST NO. 2:**    Admit that Land's End Farm is in the business of boarding horses.

**RESPONSE NO. 2:**    Admitted.

2

**REQUEST NO. 3:** Admit that on or about July 22, 2005 the horse known as "Fire Proof" was boarded at Land's End Farm.

**RESPONSE NO. 3:** Admitted.

**REQUEST NO 4:** Admit that on or about July 23, 2005 Fire Proof was administered an injection of "Acepromazine Maleate."

**RESPONSE NO.4:** Admitted.

**REQUEST NO. 5:** Admit that the injection of Acepromazine Maleate was administered while Fire Proof was boarded at Land's End Farm.

**RESPONSE NO 5.:** Admitted.

**REQUEST NO. 6:** Admit that the injection of Acepromazine Maleate was administered by yourself, William Sienkewicz.

**RESPONSE NO. 6:** Denied.

3

**REQUEST NO 7:**    Admit that the injection of Acepromazine Maleate was

administered by a staff member or employee of yourself or Land's

End Farm.

**RESPONSE NO 7:**    Admitted.

AS TO DENIALS, INQUIRY AND INSUFFICIENCY OF INFORMATION:

Signed under the penalties of perjury upon information and belief after reasonable

inquiry by the Defendants.

Land's End Farm

By: William Sienkewicz

William Sienkewicz, Individually

AS TO ADMISSIONS AND OBJECTIONS:

Land's End Farm

Patrick T. Matthews, Esq.
BBO #: 629498
251 Bank Street
Fall River, MA 02720
(508) 676-6900
(508) 676-9908 (Fax)

William Sienkewicz

Patrick T. Matthews, Esq.
BBO#: 629498
251 Bank Street
Fall River, MA 02720
(508) 676-6900
(508) 676-9908 (Fax)

DATE: August 8, 2005

4

**UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS**

BRIDGET SIPP,
    Plaintiff    )
)
vs.    ) CIVIL ACTION NO.: 05 11392 NMG
)
)
LANDS END FARM,
WILLIAM SIENKEWICZ,
    Defendants    )

**CERTFICATE OF SERVICE**

I, Patrick T. Matthews hereby certifies that copies of the Responses To Plaintiff's First Set of Admissions of Fact have been served upon the Plaintiff's Counsel of Record by delivering the same via U.S. Mail, Postage Pre-paid to Alexander F. X. Matulewicz, 1600 Boston-Providence Highway, Walpole, MA 02081 on this the 8[h] day of August 2005.

Patrick T. Matthews, Esquire