UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bridgett Sipp,
Plaintiff

v.                                    Civil Action No. 05-11392-NMG

Land's End Farm, et al.,
Defendant

### PLAINTIFF'S CERTIFICATION

Plaintiff Bridget Sipp, and Counsel Alexander F. X. Matulewicz Esq., certify that the plantiff and counsel have conferred with a view to establishing a budget for the costs of conducting the full course of the litigation, as well as the various alternatives to litigation, and that consideration is being made of the possibility of resolving the litigation through the use of alternative dispute resolution such as those outlined in Local Rule 16.4.

Signed this 19 day of December, 2005

_____                    _____
Bridget Sipp                                  Alexander F. X. Matulewicz, Esq.