UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**Bridgett Sipp,**
    **Plaintiff**

**v.**                                                         **Civil Action No.  05-11392-NMG**

**Land's End Farm, et al.,**
    **Defendant**


**JOINT STATEMENT OF COUNSEL**
**PURSUANT TO FED. R. CIV. P. 165(b) AND 26(F)**


      Counsel hereby state that they have communicated with one another on the subject of the settlement of the above-referenced suit, and having consulted with their respective clients, they report to this Court that the parties are unable to agree upon the terms for settling the matter.  The suit is based on the plaintiff's claim that the defendants improperly administered certain drugs to a thoroughbred stallion named Fireproof, with the effect that the horse was rendered impotent and partially disabled for the purposes of racing.  While the defendants have not conceded liability, the most important issue at this point in time is the establishment of damages.

      Counsel further report that they have exchanged information and documents informally, and that the defendants have responded to interrogatories and requests for admissions and documents served upon them by the plaintiff.  The plaintiff is completing interrogatories and requests for admission and documents served upon her by the defendant, and these discovery requests will be completed by the date of the status conference.

      Neither party anticipates serving further requests for discovery at this time, although both counsel reserve the right to serve further requests should it become necessary.  It will be necessary to schedule a series of depositions in order to clarify what the provable damages for this suit may be.

At this time the plaintiff plans to depose the following witnesses with actual knowledge of the subject of the suit::

    Mr. William Seinkowicz, Defendant;

    Mrs. William Seinkowicz, wife of Defendant, co-owner of Defendant Land's End Farms;

    Dr. Geoffrey Fernandez,, Veterinarian who treated FireProof; and

      Edward Hawkridge, Trustee, Belfry Realty Trust.

At this time the defendant plans to depose the following persons:

      Bridget Sipp, Plaintiff;

      Burton Sipp, Husband of Plaintiff and trainer of FireProof;

      Dr. Len Patrick, Veterinarian consulted by plaintiff; and

      Other witnesses that may be uncovered in plaintiff's Answers to Interrogatories, Responses to Production of Documents or Depositions

If after the first round of depositions the parties are unable to settle this suit, the parties will name expert witnesses who can attest the veterinary care of horses, the allowable use of veterinary medicines on horses, and the valuation of horses for racing and stud purposes.

The following is a proposed pre-trial schedule:

| EVENT | DATE |
|---|---|
| Non-Expert Discovery | March 30, 2006 |
| Plaintiff's Expert Reports | April 17, 2006 |
| Defendant's Expert Reports | May 15, 2006 |
| All Discovery to be Completed | June 15, 2006 |
| Motions for Summary Judgment | July 17, 2006 |
| Opposition For Summary Judgment | Aug 7, 2006 |
| Hearing on Summary Judgment Motion(s) | To be Determined |
| Pre-trial Conference | To be Determined |

      Respectfully submitted,

_/S_____       _/S_____
Alexander Matulewicz      Patrick Matthews, Esq.
Counselor at Law      B.B.O.: 629498
BBO No. 325160      251 Bank Street
1600 Boston-Providence Highway      Fall River, MA 02720
Walpole, MA 02081      (508) 676-6900
(508) 660-0331