UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Bridgett Sipp,
    Plaintiff

v.                                                  Civil Action No.  05-11392-NMG

Land's End Farm, et al.,
    Defendant

**CERTIFICATION OF DEFENDANT AND COUNSEL**
**Pursuant to Local Rule 16.1 (D)(3)**

    I, Patrick T. Matthews, do hereby certify that the parties and counsel have conferred relative to the budget and cost associated with conducting full litigation of this case as well as the various alternative courses available. In addition, I have discussed with my client the availability and usefulness of alternative dispute resolution programs such as mini-trials, summary jury trials, mediation as well as other forms of alternative dispute resolutions.

                                                       _____
                                                       Patrick T. Matthews, Esquire

    I, William Sienkewicz, do hereby certify that the parties and their respective counsel have conferred relative to the budget and cost associated with conduction the full litigation of this case as well as the various alternative courses available. In addition my counsel and I have discussed the availability usefulness of the alternative dispute resolution programs such as mini-trials, summary jury trials, mediation as well as other forms of alternative dispute resolutions.

                                                       _____
                                                       William Sienkewicz, Defendant