UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIDGET SIPP,**<br>Plaintiff<br><br>vs.<br><br>**LAND'S END FARM,**<br>**WILLIAM SIENKEWICZ,**<br>Defendants | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 05 11392 NMG<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Now comes the parties, through counsel, who, pursuant to Rule 41(a)(I)(ii), file this stipulation of dismissal signed by all parties who have appeared in this action.

By plaintiff
By Her Attorney

_/s/ Alexander F.X. Matulewicz_
Alexander F.X. Matulewicz, Esquire
1600 Boston Providence Highway
Walpole, MA 02081
(508) 660-0331; Fax (508) 668-9274
BBO#: 325160

By defendant
By Their Attorney,

_/s/ Patrick T. Matthews_
Patrick T. Matthews, Esquire
251 Bank Street
Fall River, MA 02720
(508) 676-6900; Fax (508) 676-9908
BBO#: 629498

DATE: May 20, 2006